# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 11, 2007

Charles R. Fulbruge III
Clerk

No. 07-60037
Summary Calendar

MARLON ALPHANSO BROWN

Petitioner

v.

PETER D KEISLER, ACTING U S ATTORNEY GENERAL

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A35 899 844

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Marlon Alphanso Brown petitions this court for review of an order from the Board of Immigration Appeals (BIA) that adopted and affirmed the Immigration Judge's decision that Brown was removable pursuant to 8 U.S.C. § 1227(a)(2)(A)(iii), (a)(2)(B)(i). Citing former 8 U.S.C. § 1432, Brown argues that he is a United States citizen based on his mother's naturalization in 1984, when Brown was age seventeen. Brown argues that the BIA erred in determining that he did not meet the requirements of § 1432 because his parents

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

were not legally separated at the time of his mother's naturalization. Brown has shown no error in connection with the BIA's order. Nehme v. INS, 252 F.3d 415, 425-27 (5th Cir. 2001). The petition for review is DENIED.